## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HILB GROUP OF MARYLAND, LLC, | No. 4:23-CV-01978 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| TARA SMITH, and HARRISON BENEFIT SERVICES, LLC d/b/a BLUEPRINT BENEFITS GROUP, | |
| Defendants. | |

### ORDER

**MAY 15, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff The Hilb Group of Maryland, LLC's ("THG-MD") Motion for a Temporary Restraining Order is **GRANTED IN PART**.

2. Defendant Harrison Benefit Services, LLC d/b/a Blueprint Benefits Group ("Blueprint") is **TEMPORARILY RESTRAINED AND ENJOINED** from, directly or indirectly, on behalf of itself or any other individual or entity, further accessing, disclosing, or using any of THG-MD's trade secret or confidential information.

3. Blueprint shall preserve and segregate all such information and related documentations, including accompanying communications.

4.      Blueprint shall certify its compliance with the above conditions by
close of business on **May 17, 2024**.

5.      Any opposition and supporting exhibits shall be filed by close of
business on **May 20, 2024**.[1]

6.      THG-MD may file a reply and any supporting exhibits no later than
**May 24, 2024**.

7.      The above shall remain in effect until a hearing on THG-MD's Motion,
provided that any party may request that the Court modify the scope
upon a proper showing.

8.      A hearing on Plaintiff's Motion for Temporary Restraining Order and
Preliminary Injunction is scheduled for **May 28, 2024, at 10:00 a.m.** in
Courtroom No. 1, United States Courthouse and Federal Building,
Fourth Floor, 240 West Third Street, Williamsport, Pennsylvania.

9.      At the time of the hearing, counsel shall submit two (2) complete
exhibit lists[2] and two (2) complete hard-copy sets of exhibits contained
in 3-ring binders, one for the Court's use, and the other will be the
original, which will be offered into evidence.  (At the conclusion of the
hearing, counsel shall be responsible for assuming custody of all of

---

[1] Any exhibits shall be filed in accordance with the Local Rules.
[2] See attached form. You may contact Chambers to obtain a Word version of this form.

their respective original exhibits). Counsel shall also submit an electronic copy of their exhibits on a USB flash drive.

10.   At the time of the hearing, the parties may also submit to the Court two (2) copies of a concise Table of Authorities listing the legal sources on which they plan to rely in addition to their exhibit binders detailed above.

BY THE COURT:


_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge

**Caption:**

**Case No:**

**Judge:**

**Date:**

## <u>EXHIBIT LIST</u>

| Completed by Counsel | | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| Exhibit No. (P/D-#) | Exhibit Description | Date Identified | Date Admitted | Witness |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |