IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HILB GROUP OF MARYLAND, LLC, | No. 4:23-CV-01978 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| TARA SMITH and HARRISON BENEFIT SERVICES, LLC d/b/a BLUEPRINT BENEFITS GROUP, | |
| Defendants. | |

## ORDER

### SEPTEMBER 12, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff The Hilb Group of Maryland, LLC's ("THG-MD") Motion for to Dismiss (Doc. 66) is **GRANTED**.

2. Defendant Harrison Benefit Services, LLC d/b/a Blueprint Benefits Group's ("Blueprint") counterclaim is **DISMISSED WITH PREDJUDICE**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge